UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ISRAEL AHUATL TLAHUEXTL,

Petitioner,

v.

CAUSE NO. 3:26-CV-902-CCB-SJF

BRIAN ENGLISH, et al.,

Respondents.

### ORDER

Immigration detainee Israel Ahuatl Tlahuextl, by counsel, moves to voluntarily dismiss his habeas corpus petition without prejudice. (ECF 9.) He states that an immigration judge has ordered him removed to Mexico, and he does not wish to pursue habeas relief at this time. In the interest of justice, his motion will be granted.

For these reasons, the motion (ECF 9) is GRANTED, and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is **DIRECTED** to close the case.

SO ORDERED on July 14, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT